UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

SIMRANJIT SINGH, a/k/a SHALLY SINGH,

Defendant.

Case No. 8:22-CR-199 (MAD)

### MOTION FOR ADMISSION *PRO HAC VICE* OF MARTIN E. CRANDALL

Martin E. Crandall, on behalf of the Defendant, Simranjit Singh moves before this Court for the admission *pro hac vice*.

1. Mr. Crandall has been admitted to several Federal Courts on a *pro hac vice* basis over the past 30 years as a defense attorney, often practicing as an Assistant U.S. Attorney for approximately seven years.

2. Mr. Crandall has been asked by this Defendant's family to represent him in this case.

3. Mr. Crandall has had several conversations with the United States Attorney's Office in New York in this case in assisting in the implementation of extradition.

WHEREFORE, counsel moves now for admission *pro hac vice*.

Respectfully submitted,

CLARK HILL PLC

By: /s/ Martin E. Crandall
Martin E. Crandall (P26824)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300
Attorneys for Defendant

Dated: April 4, 2023

L5812\454866\271145676

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : **Martin E. Crandall**

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF **Franklin**

**Gene V. Primomo**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **Federal Public Defender Northern District of NY**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **509668**.

2. I make this Declaration in support of the admission of **Martin E. Crandall**.

3. I have known **Martin E. Crandall** since **03/31/2023**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~~~~~~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **3**, day of **April**, 20**23**.

Gene V. Primomo
Digitally signed by Gene V. Primomo
Date: 2023.04.03 15:11:50 -04'00'

SPONSOR

# United States District Court
# Northern District of New York

## NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission below.*

NAME: __Martin__         __E.__         __Crandall__         Sr. ☐ Jr. ☐ II ☐ III ☐
         First         Middle         Last

☐ **STANDARD ADMISSION** see L.R. 83.1(b)
Applicants who are not admitted to practice in the Federal District Courts of New York.

☐ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
Applicants who are admitted in good standing of the bar in the U.S. District Court for the Eastern, Western or Southern District of New York. [CERTIFICATE OF GOOD STANDING REQUIRED. DECLARATION OF SPONSOR NOT REQUIRED.]

[X] **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice filed in NDNY Case Number _____
Applicant is also required to submit a Pro Hac Vice registration request in PACER.

☐ **FEDERAL GOVERNMENT ATTORNEY** see L.R. 83.1(e)
_____ Attorney appointed under 28 U.S.C. §§ 541-543, or employed by the U.S. Government, who is admitted to practice in another Federal District Court.
_____ Attorney in the employ of the U.S. Government who is **not** admitted in another Federal District Court. [CERTIFICATE OF GOOD STANDING REQUIRED]

☐ **SPECIAL GROUP ADMISSION CEREMONY** [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]
Admission at the Special Ceremony scheduled on _____ in _____, NY.

☐ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK** see L.R. 83.1(a)(5)
[CERTIFICATE OF GOOD STANDING REQUIRED. DECLARATION OF SPONSOR NOT REQUIRED]
Attorney previously admitted on _____ Bar Number _____

## Oath on Admission

I, __Martin E. Crandall_____, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated: April 3, 2023

                                                 *Martin E. Crandall*
                                                 *Attorney Signature*

Rev. 03/04/22



# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

## Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

### Personal Statement (Personal Information, Business Information, Good Standing, Education)

#### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| Martin | E. | Crandall | |

Residence Address: 23542 Military Road

| City: | State: | Zip: | County: |
|---|---|---|---|
| Dearborn Heights | Michigan | 48127 | Wayne |

#### Business Information

Affiliation/Firm: Clark Hill PLC

Address: 500 Woodward Avenue, Suite 3500

| City: | State | Zip | County |
|---|---|---|---|
| Detroit | Michigan | 48226 | Wayne |

E-Mail: mcrandall@clarkhill.com

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|
| Of Counsel | 04/03/2023 | 313.965.8300 |

#### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

Michigan Federal and State Courts (1976) (P26824)
New York Federal Court / Buffalo
Kentucky (1986), California (1990), Florida (1976), No. Carolina (2019), and Delaware (1990) Federal Distric Courts

| | Yes | No |
|---|---|---|
| Have you ever been convicted of a misdemeanor or felony? | ○ | ● |
| Are there any disciplinary proceedings presently pending against you? | ○ | ● |
| Have you ever been censured or suspended from practice before any court? | ○ | ● |
| Have you ever been denied admission or readmission to the bar of any court? | ○ | ● |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings.

#### Education

| Name of Law School City and State where located | Dates of Attendance From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
| University of Detroit | 1972 - 1976 | J.D. | |
| | | | |

Revised 12/2019

| Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location: |
|---|
| U.S. District Court Detroit - Judge Gubow, Feikens, Keith, Kennedy and Magistrate Komives |

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Martin E. Crandall*                                              4-3-23

Signature                                                                    Date

# United States District Court
## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, Kinikia D. Essix, Clerk of Court, certify that

## Martin E Crandall

was duly admitted to practice in this Court on 11/10/1976,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 04/04/2023.

_____
Kinikia D. Essix
Clerk

_____
Tracy Thompson
Deputy Clerk

