# UNITED STATES DISTRICT COURT
## Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Simranjit Singh<br>a/k/a "Shally Singh" | JUDGMENT IN A CRIMINAL CASE<br><br>Case Number: 0206 8:22CR00199-001<br>USM Number: 51869-510<br><br>Lee Carey Kindlon<br>69 Columbia Street<br>Albany, NY 12210<br>518-434-1493<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1, 2, 3, 4, 5, 6, 7, 8 and 9   of the Indictment on July 28, 2023.
☐ pleaded nolo contendere to count(s)  which was accepted by the court.
☐ was found guilty on count(s) of the  on  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(i) and (a)(1)(B)(i) | Conspiracy to Commit Alien Smuggling | 03/17/2020 | 1 |
| 8 U.S.C. §§ 1324(a)(2) and (a)(2)(B)(ii) | Alien Smuggling | 03/17/2020 | 2 |
| 8 U.S.C. §§ 1324(a)(2) and (a)(2)(B)(ii) | Alien Smuggling | 03/17/2020 | 3 |
| 8 U.S.C. §§ 1324(a)(2) and (a)(2)(B)(ii) | Alien Smuggling | 03/17/2020 | 4 |
| 8 U.S.C. §§ 1324(a)(1)(A)(i) and (a)(1)(B)(i) | Conspiracy to Commit Alien Smuggling | 10/07/2020 | 5 |
| 8 U.S.C. §§ 1324(a)(2) and (a)(2)(B)(ii) | Alien Smuggling | 10/07/2020 | 6 |
| 8 U.S.C. §§ 1324(a)(1)(A)(i) and (a)(1)(B)(i) | Conspiracy to Commit Alien Smuggling | 03/04/2021 | 7 |
| 8 U.S.C. §§ 1324(a)(2) and (a)(2)(B)(ii) | Alien Smuggling | 03/04/2021 | 8 |
| 8 U.S.C. §§ 1324(a)(2) and (a)(2)(B)(ii) | Alien Smuggling | 03/04/2021 | 9 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed in accordance with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has been found not guilty on count(s)
☐ Count(s)   ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 9, 2024
Date of Imposition of Judgment

*[signature]*
Mae A. D'Agostino
U.S. District Judge

July 22, 2024
Date

DEFENDANT:      Simranjit Singh
CASE NUMBER:   0206 8:22CR00199-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**60 months. This term consists of 33 months on each of Counts 1, 5, and 7; 36 months on each of Counts 2 and 3; and 60 months on each of Counts 4, 6, 8, and 9; all counts to run concurrently. No term of supervised release is imposed in this case pursuant to U.S.S.G. §5D1.1(c).**

☒ The court makes the following recommendations to the Bureau of Prisons:

Credit the defendant for time spent in Canadian custody from June 18, 2022, to March 31, 2023, prior to extradition.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at   ☐ a.m.   ☐ p.m. on.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

**I have executed this judgment as follows:**

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNIITED STATES MARSHAL

_____
BY DEPUTY UNITED STATES MARSHAL

DEFENDANT:     Simranjit Singh
CASE NUMBER:   0206 8:22CR00199-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **JVTA Assessment*** | **AVAA Assessment**** | **Fine** | **Restitution** |
|---|---|---|---|---|---|
| **TOTALS** | $900.00 | $5,000.00 | N/A | Waived | N/A |

☐  The determination of restitution is deferred until.  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **Totals** | | | |

☐  Restitution amount ordered pursuant to plea agreement   $

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐  the interest requirement is waived for the     ☐  fine   ☐  restitution.

   ☐  the interest requirement for the     ☐  fine   ☐  restitution is modified as follows:

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
**Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:     Simranjit Singh
CASE NUMBER:   0206 8:22CR00199-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  In full immediately; or

B  ☐  Lump sum payment of $ due immediately; balance due

    ☐  not later than, or

    ☐  in accordance with     ☐ D,   ☐ E,   ☐ F,   or   ☐ G below; or

C  ☐  Payment to begin immediately (may be combined with     ☐ D,   ☐ E, or    ☐ G below); or

D  ☐  Payment in equal installments of $ over a period of, to commence after the date of this judgment; or

E  ☐  Payment in equal installments of $ over a period of, to commence after release from imprisonment to a term of supervision; or

F  ☐  Payment during the term of supervised release will commence within after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

G  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to **Clerk, U.S. District Court, Federal Bldg., 100 S. Clinton Street, P.O. Box 7367, Syracuse, N.Y. 13261-7367,** or to pay electronically, visit www.nynd.uscourts.gov for instructions, unless otherwise directed by the court, the probation officer, or the United States attorney. If a victim cannot be located, the restitution paid to the Clerk of the Court for that victim shall be sent to the Treasury, to be retrieved when the victim is located.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    ☐  Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    ☐  The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.